UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **MORAGA-Villalobos, Luis Angel**  Defendant. | Magistrate Case No. 07MJ2778  COMPLAINT FOR VIOLATION OF:  Title 8, U.S.C., Section 1326;  Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about, **November 21, 2007**, within the Southern District of California, defendant, **Moraga-Villalobos, Luis Angel**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Deven A. Wooddy, U.S. Immigration
& Customs Enforcement, Immigration Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30th DAY OF **November 2007**.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

As part of assigned duties of the Detention and Removal Office, Immigration Agents review various sources in order to check on aliens that have been previously removed from the United States. This is done in order to determine if subjects have returned to the United States, in violation of Title 8, United States Code, Section 1326.

On November 21, 2007, the defendant identified as, "MORAGA-Villalobos, Luis Angel" was arrested by the San Diego Police Department for violation of section 148.9 (B) of the California Penal Code, "FALSE ID TO POLICE OFFICER" and booked into San Diego Jail where an Immigration Agent conducted a field interview determined the defendant to be a citizen of Mexico and placed a Form I-247 (Immigration Hold) pending his release from custody.

On November 29, 2007, the defendant was referred to United States Immigration and Customs Enforcement custody. Immigration Agent Deven A. Wooddy conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed from the United States on at least seven occasions.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed the defendant was most recently ordered deported from the United States by an Immigration Judge on or about October 21, 1996 and most recently removed via the San Ysidro Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint Identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Luis Angel MORAGA-Villalobos, a citizen and national of Mexico.

All information indicates the defendant is a citizen of Mexico having been previously deported from the United States and has no legal right to re-enter.

Based upon the foregoing information, there is probable cause to believe that Luis Angel MORAGA-Villalobos has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, "Deported Alien Found in the United States".